**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Janet A. Johnson,

Plaintiff,

vs.

Prudential Insurance Company of America,

Defendant.

Civil No. 01-CV-2046 (RHK/RLE)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

The above-entited action and all claims that any of the parties may have arising out of the transaction that is the subject matter of this action having all been fully settled, compromised, and adjusted, THE PARTIES HEREBY STIPULATE AND AGREE that the above-entitled action may be and is dismissed upon the merits, with prejudice, and that the Court may enter judgment dismissing the above-entitled action with prejudice upon the merits and without costs to either party.

Dated: April 3, 2002

FAEGRE & BENSON LLP

Edward T. Wahl, #15409X
Robert W. Vaccaro, #313750
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

ATTORNEYS FOR DEFENDANT
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

FILED APR 1 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 1 5 2002
DEPUTY CLERK

Dated: April 5, 2002

DUNLAP, RITTS & RIVERS

John Q. Dunlap, #126871
6120 Oren Avenue North
Suite 201
Stillwater, MN 55082
(651) 430-2527

ATTORNEYS FOR PLAINTIFF
JANET A. JOHNSON

**ORDER**

IT IS SO ORDERED.

DATED: 4/15, 2002

BY THE COURT:

M2:20453129.01